IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PATRICIA PAANANEN,<br><br>　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of the Social Security Administration,**<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:16-cv-01169-O-BP<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

**SO ORDERED** on this **11th day of August, 2017**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**